AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-01595-KLM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DDR Media__
was received by me on *(date)* __6-17-21__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Whitney Bradley, owner__ . who is
designated by law to accept service of process on behalf of *(name of organization)*
__DDR Media__ on *(date)* __6-28-21__ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* __Attempted to serve at business address 1288 N. Mountain Rd. but the building was closed. Served DDR Media at the owners address, 5583 Bandridge Dr.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6-30-2021__

_Server's signature_

__Richard Kreitzer, Process Server__
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: