IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01595-KLM        :
                                          :
DIABLO MEDIA, LLC, a Colorado limited     :
liability company,                        :
                                          :
      Plaintiff,                          :
                                          :
      v.                                  :
                                          :
DDR MEDIA, LLC dba Turtle Leads, a        :
Pennsylvania limited liability company, KASE :
LOGIC, LLC, a Pennsylvania limited liability :
Company, WHITNEY BRADLEY, an              :
Individual, and DOE 1 THROUGH 10,         :
                                          :
      Defendants.                         :

---

**MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION
PURSUANT TO D.C.COLO.LAttyR 5(b)**

---

Adrian K. Cousens Esq., hereby submits this Motion for Leave to Withdraw from Representation Pursuant to D.C.COLO. LAttyR 5(b), and in support thereof, states as follows.

**CERTIFICATE OF CONFERRAL NOT NECESSARY PURSUANT TO
D.C.COLO.LCivR 7.1(b)(4)
REQUEST FOR RELIEF**

1. D.C.COLO.LAttyR 5(b) permits an attorney to withdraw, with approval of the Court, upon completion of the limited representation scope or objective agreed with counsel's client.

D.C.COLO.LAttyR 5(b) provides:

> **(b) Withdrawal of Appearance.** An attorney who has filed an Entry of Appearance or an Entry of Appearance to Provide Limited Representation or has appeared otherwise in a case may seek to withdraw on motion showing good cause. Withdrawal shall be effective only on court order entered after service of the notice of withdrawal on all counsel of record, any unrepresented party, and the client of the withdrawing attorney. A motion to withdraw must state the reasons for withdrawal, unless the statement would violate the rules of professional conduct. Motions to withdraw based on the completion of the limited representation shall

include a certification by counsel that the service specified in the Entry of Appearance to Provide Limited Representation is complete. Notice to the client of the attorney must include the warning that the client is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules. Where the client of the withdrawing attorney is a corporation, partnership, or other legal entity, the notice shall state that such entity may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

2. Here, undersigned counsel seeks to withdraw from counsel's appearance to represent Defendant DDR Media, LLC dba Turtle Leads, Defendant KASE LOGIC, LLC, and Defendant Whitney Bradley in this action as Defendants have collectively requested that Counsel withdraw and they have existing Counsel, Joseph A O'Keefe and have recently retained new Counsel, Vincent M Lentini who has filed a Consent to Change Attorneys as contemplated and agreed upon by counsel and the parties.

3. Accordingly, undersigned counsel respectfully requests that this Court permit him to withdraw from the limited appearance, and on the basis that good cause is shown; counsel **certifies** that the parties have made this request as evidence by the filed Consent to Change Attorneys.

4. Undersigned counsel requests that all Notices of Electronic Filing issued in this matter be terminated with respect to counsel.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw from providing limited representation to Plaintiff(s)/Defendant(s) pursuant to D.C.COLO.LAttyR 5(b).

DATED this 15th day of February, 2022.

Respectfully submitted,

*s/*Adrian K Cousens
ADRIAN K. COUSENS, ESQUIRE
ID No:  320197
33 South 7th Street
PO Box 4060
Allentown, PA  18105-4060
Phone:  610.820.5450
Fax:     610.820.6006
E-Mail:  acousens@grossmcginley.com

Date:  January 25, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing has been served on opposing counsel through the Court's Automated ECF system.

By:     s/Adrian K Cousens
ADRIAN K. COUSENS, ESQUIRE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01595-KLM    :
:
DIABLO MEDIA, LLC, a Colorado limited    :
liability company,    :
:
    Plaintiff,    :
:
        v.    :
:
DDR MEDIA, LLC dba Turtle Leads, a    :
Pennsylvania limited liability company, KASE    :
LOGIC, LLC, a Pennsylvania limited liability    :
Company, WHITNEY BRADLEY, an    :
Individual, and DOE 1 THROUGH 10,    :
:
    Defendants.    :

## ORDER GRANTING LEAVE TO WITHDRAW REPRESENTATION
## PURSUANT TO D.C.COLO. LAttyR 5(b)

PURSUANT to D.C.COLO.LAttyR 2(b)(1) of the District of Colorado Local Rules of Practice, the Motion for Leave to Withdraw from Representation filed by Adrian K. Cousens, Esq. filed <u>February 15, 2022</u>; ECF No. ___ is **granted**.

All Notices of Electronic Filing issued in this matter are hereby terminated with respect to counsel.

DATED at Denver, Colorado, this _____ day of February, 2022.

BY THE COURT:

_____
Magistrate Kristen L. Mix