**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01595-KLM

DIABLO MEDIA, LLC, a Colorado limited
liability company,

        Plaintiff,

   v.

DDR MEDIA, LLC dba Turtle Leads, a
Pennsylvania limited liability company,
KASE LOGIC, LLC, a Pennsylvania limited
liability company, WHITNEY BRADLEY, an
individual, and DOES 1 THROUGH 10,

        Defendants.

---

**PLAINTIFF DIABLO MEDIA, LLC'S NOTICE OF MOTION**
**AND MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO DOCUMENTS**
**FILED IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION TO**
**DISMISS**

---

PLEASE TAKE NOTICE that pursuant to D.C.Colo.LCivR 7.2(c) and the Protective Order entered in this case on January 18, 2022 [Dkt. No. 33], Plaintiff Diablo Media, LLC ("Plaintiff") hereby moves the Court for an order restricting public access to Exhibits K, L and M to the Declaration of Virginia Sanderson in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss, based on Defendants' designation of such documents as CONFIDENTIAL.

This motion is based on this notice of motion and motion, the memorandum of points and authorities filed concurrently herewith, the proposed order submitted herewith, the record in this

1

case, and any other evidence and argument that may be adduced at a hearing.

Respectfully Submitted,
Dated: June 10, 2022 **KRONENBERGER ROSENFELD, LLP**

*s/Virginia Sanderson*
Virginia Sanderson
150 Post Street, Suite 520
San Francisco, CA 94108
Phone: (415) 955-1155
ginny@krinternetlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing has been served on opposing counsel through the Court's Automated ECF system.

DATED:  June 10, 2022

                                                              s/Virginia Sanderson
                                                                 Virginia Sanderson