**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01595-KLM

DIABLO MEDIA, LLC, a Colorado limited
liability company,

        Plaintiff,

  v.

DDR MEDIA, LLC dba Turtle Leads, a
Pennsylvania limited liability company,
KASE LOGIC, LLC, a Pennsylvania limited
liability company, WHITNEY BRADLEY, an
individual, and DOES 1 THROUGH 10,

        Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFF DIABLO MEDIA, LLC'S**
**MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO DOCUMENTS FILED IN**
**SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

---

      This matter is before the Court on Plaintiff's Motion for Leave to Restrict Public Access to Documents Filed in Support of its Opposition to Defendants' Motion to Dismiss. After consideration of Plaintiff's motion, any responses submitted by Defendants, and the records on file, the Court GRANTS Plaintiff's Motion for Leave to Restrict Its Motion to Dismiss.

//

//

//

2

IT IS HEREBY ORDERED that Exhibits K, L, and M to the Declaration of Virginia Sanderson in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction shall be restricted from public access.

**IT IS SO ORDERED.**

DATED: _____  _____
The Hon. Kristin L. Mix
United States Magistrate Judge