IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01595-KLM

DIABLO MEDIA, LLC, a Colorado limited
liability company,

       Plaintiff,

  v.

DDR MEDIA, LLC dba Turtle Leads, a
Pennsylvania limited liability company,
KASE LOGIC, LLC, a Pennsylvania limited
liability company, WHITNEY BRADLEY, an
individual, and DOES 1 THROUGH 10,

       Defendants.

## CHANGE OF CONTACT FOR JOSEPH A. O'KEEFE, ESQ.

PLEASE TAKE NOTICE that pursuant to D.C.COLO.LAttyR 5(c) Joseph A. O'Keefe, Esq., counsel for Defendant DDR MEDIA, LLC d/b/a Turtle Leads, has changed his office and firm affiliation. Counsel's current address and firm affiliation are as follows:

M<sup>c</sup>Leod | Brunger PLLC
10375 Park Meadows Dr. Suite 260
Lone Tree, CO 80124
Phone: (720) 443-6600

Dated: June 13, 2022                          Respectfully submitted

                                                M<sup>c</sup>Leod | Brunger PLLC

                                                s/ *Joseph A. O'Keefe*
                                                Joseph A. O'Keefe
                                                10375 Park Meadows Dr. Suite 260
                                                Lone Tree, CO 80124
                                                jokeefe@mcleodbrunger.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing has been filed and served via CM/ECF, addressed to the following:

KRONENBERGER ROSENFELD, LLP
Virginia Sanderson
150 Post Street, Suite 520
San Francisco, CA 94108
Phone: (415) 955-1155
ginny@krinternetlaw.com
*Attorney for Plaintiff*

                                                                      */s/Breyann Murray*